GINA DEVITO, State Bar No. 153647
ANGIE L. GUEVARA, State Bar No. 226288
**DEVITO LAW GROUP**
1505 Bridgeway, Suite 203
Sausalito, California 94965
Telephone: (415) 729-9118
Facsimile: (415) 729-9117
Email: gina@devitolaw.com
Email: angie@devitolaw.com

Attorneys for Plaintiff
DURRELL CLARK-JAMES

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DURRELL CLARK-JAMES, | Case Number: 3:14-cv-03578-WHO |
| Plaintiff(s), | PLAINTIFF'S REQUEST TO APPEAR TELEPHONICALLY AT THE CASE MANAGEMENTCONFERENCE AND ORDER |
| vs. | DATE: May 12, 2015<br>TIME: 2:00 p.m.<br>PLACE: Courtroom 2, 17th Floor<br>JUDGE: Hon. William H. Orrick |
| CHIPOTLE MEXICAN GRILL, INC, et al. | |
| Defendant(s). | |

Plaintiff Durrell Clark-James ("Plaintiff") hereby requests that the Court grant his Counsel, Gina DeVito, permission to appear telephonically at the Case Management Conference currently scheduled for Tuesday, May 12, 2015 at 2:00 p.m. in Courtroom 2, 17th Floor of this Court. Plaintiff makes this request due to scheduling constraints, particularly that Ms. DeVito has childcare obligations prohibiting her physical presence at the courthouse.

Ms. DeVito will be available to participate by telephone for the May 12, 2015 hearing and can be reached at **(415) 729-9118, extension 301**.

Respectfully submitted,

DATED: May 6, 2015

**DEVITO LAW GROUP**

By: /s/ Gina DeVito
Gina DeVito
Counsel for Plaintiff
DURRELL CLARK-JAMES

**ORDER**

The Court, having reviewed the above request, and finding GOOD CAUSE thereto,

IT IS THEREFORE ORDERED that said request is GRANTED and Gina DeVito, counsel for Plaintiff Durrell Clark-James, may appear telephonically at the Case Management Conference in this matter scheduled for Tuesday, May 12, 2015, at 2:00 PM in Courtroom 2 of the above-entitled Court.

IT IS SO ORDERED.

DATED: May 6, 2015 By: ______________________________

UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

GRANTED

Judge William H. Orrick

HONORABLE JUDGE WILLIAM H. ORRICK
UNITED STATES DISTRICT COURT JUDGE

3

PLAINTIFF'S REQUEST AND ORDER TO APPEAR TELEPHONICALLY AT THE CASE MANAGEMENT CONFERENCE
CASE NO. 3:14-cv-03578-WHO